CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
burrow@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California  90017-2463
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022

PIRKEY BARBER LLP
SUSAN J. HIGHTOWER
shightower@pirkeybarber.com
600 Congress Avenue, Suite 2120
Austin, Texas  78701
Telephone:  (512) 482-5225
Facsimile:   (512) 322-5201

Attorneys for Plaintiff GEVITY HR, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GEVITY HR, INC., | Case No. CV 08-03146 DSF (PJWx) |
| Plaintiff, | |
| v. | **AGREED FINAL JUDGMENT** |
| GEVITY VENTURES, LLC and RENE PHARISIEN, | |
| Defendants. | |

The parties have agreed to resolve this lawsuit through entry of this Agreed Final Judgment.  The Court has reviewed the findings and order set forth below and believes they are appropriate and should be entered.

1. This is an action for trademark infringement, unfair competition, and unjust enrichment under the Trademark Act of 1946, as amended ("Lanham Act"), 15 U.S.C. § 1051 *et seq.*, and under the common and statutory law of California.

2.	This Court has subject matter jurisdiction over this action under Section 39 of the Lanham Act, 15 U.S.C. § 1121; and under the jurisdictional provisions of Title 28 of the United States Code, 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

3.	Plaintiff Gevity HR, Inc. ("Gevity") is a Florida corporation having its principal place of business at 9000 Town Center Parkway, Bradenton, FL 34202.

4.	Defendant Gevity Ventures, LLC ("Gevity Ventures") is a California limited liability company with a business address of 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361.

5.	Defendant Rene Pharisien ("Pharisien") is an individual also maintaining a business address at 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361.  Pharisien is President of Gevity Ventures and directs and controls its activities relevant to this action.  Gevity Ventures and Pharisien are collectively referred to herein as "Defendants."

6.	Gevity is a leading professional employer organization that was founded in 1984 and began using the name Gevity HR, Inc. at least as early as 2001.  Gevity provides a wide range of services to thousands of small- and mid-sized businesses nationwide, including human resources management consulting and related financial services, payroll processing, benefits and benefits administration, risk management and loss prevention, and workers' compensation and other insurance coverage.

7.	Gevity has dozens of field offices nationwide, including seven in California, and is publicly traded on the NASDAQ stock exchange.

8.	Gevity has continuously used the inherently distinctive mark GEVITY and other marks incorporating GEVITY ("the GEVITY Marks") in commerce for at least the past seven years.  Gevity uses the GEVITY Marks extensively in advertising and promotional materials for its various services, and operates a website at www.gevity.com where it promotes its services.  As a result of Gevity's

long and extensive use of its GEVITY Marks, the GEVITY Marks have amassed significant goodwill and become famous, as well as associated with Gevity and its high-quality products and services.

9. In addition, Gevity owns the following federal trademark registrations for the GEVITY Marks covering various business management and financial services:

- Registration No. 3219607 for the mark **GEVITY** for "human resource management consulting services; employee development services, namely, providing reward and recognition programs, consultation, and counseling to employees of others to promote employee retention, career growth, and increased productivity; business and financial records management; employment-related regulatory guidance services; human resource support services, namely, tracking of employee salary, performance, competencies, absences and emergency contacts, via an Internet management system and technology platform" in International Class 35 and for "administration of employee benefit plans; risk management services; providing payroll processing, payroll direct-deposit and electronic fund transfer services; administration of workers' compensation and health insurance" in International Class 36.
- Registration No. 2617829 for the mark **GEVITY HR** for "personnel placement and recruitment services and business consulting services in the field of human resources; providing payroll and employee benefits management services, namely, payroll and employee benefits processing, accounting, and records management services; and providing employee management systems and human resource support services, namely the tracking of employee salary, performance, competencies, absences and emergency contacts, via the Internet and global computer network systems" in International Class 35 and for "administration of employee pension and

benefit plans; and Providing payroll direct deposit and electronic fund transfer services" in International Class 36.

- Registration No. 3340731 for the mark **GEVITY ONCALL** for "professional employer organization and human resource outsourcing services, namely human resource management consulting services" in International Class 35.

- Registration No. 3423609 for the mark **GEVITY ONSITE** for "outsourcing in the field of human resources; professional employer organization services, namely, on-site human resource management consulting services, business and financial records management, and employment-related regulatory guidance services" in International Class 35; for "professional employer organization services, namely, on-site administration of employee benefit plans, risk management services, providing payroll processing, payroll direct-deposit and electronic fund transfer services, and administration of workers' compensation and health insurance" in International Class 36.

- Registration No. 3423610 for the mark **GEVITY EDGE** for "professional employer organization and human resource outsourcing services, namely, human resource management consulting services; business and financial records management; employment-related regulatory guidance services; human resource support services, namely, tracking of employee salary, performance, competencies, absences and emergency contacts, via an Internet management system and technology platform; and consulting services in the field of human resources development, namely for the promotion of employee retention, career growth, and increased productivity for employees and employers; and providing information in the field of human resources via the Internet" in International Class 35; for "professional employer organization services, namely, administration of employee benefit plans, risk management services, providing payroll processing, payroll

- direct-deposit and electronic fund transfer services, and administration of workers' compensation and health insurance" in International Class 36; and for "providing on-line training in the field of human resources" in International Class 41.
- Registration No. 3423611 for the mark **GEVITY ONLINE** for "professional employer organization and human resource outsourcing services, namely, online human resource management consulting services, business and financial records management, employment-related regulatory guidance services, human resource support services, namely, tracking of employee salary, performance, competencies, absences and emergency contacts, and consulting services in the field of human resources development, namely, for the promotion of employee retention, career growth, and increased productivity for employees and employers, and providing human resources information via the Internet" in International Class 35; for "online administration of employee benefit plans, risk management services, providing payroll processing, payroll direct-deposit and electronic fund transfer services, and administration of workers' compensation and health insurance" in International Class 36; and for "providing online training in the field of human resources" in International Class 41.

Each of these registrations is valid, subsisting, and in full force and effect.

10. Gevity also owns pending applications to register various GEVITY Marks, including the following:

- Application Serial No. 77222588 for the mark **GEVITY ONTRACK** for "professional employer organization and human resource outsourcing services, namely human resource management consulting services; consulting services in the field of human resources development, namely for the promotion of employee retention, career growth, and increased

productivity for employees and employers" in International Class 35 and for "employee performance measurement and assessment tools by providing temporary use of non-downloadable computer software for this purpose over the Internet; human resource policy, procedure, and performance measurement and assessment tools by providing temporary use of non-downloadable computer software for this purpose over the Internet" in International Class 42.

- Application Serial No. 77227406 for the mark **GEVITY KNOWLEDGE** for "providing information in the field of human resources" in International Class 35 and for "providing information in the field of employee benefits management, administration of employee benefit plans concerning insurance and finance" in International Class 36.

11.  Gevity Ventures was organized on February 13, 2007 and operates a boutique hedge fund.  Gevity Ventures is registrant of the domain name "gevityventures.com," which was created on February 15, 2007, and offers investment services through the website www.gevityventures.com.  Gevity Ventures also operates a hedge fund named Gevity Ventures FD1, L.P.

12.  Defendant Pharisien authors a "Gevity Ventures Market Insight" blog at the website http://gevityventures.blogspot.com/.

13.  In addition, Gevity Ventures is registrant of the domain name "gevityassociates.com," created on February 21, 2006.  Pharisien offered management consulting services through the website www.gevityassociates.com using the trade name "Gevity Associates" at least during 2007.

14.  Defendants are not now and never have been authorized by Gevity to use the marks "Gevity Associates" or "Gevity Ventures," or any other name or mark confusingly similar to the GEVITY Marks.

15.  Defendants' unauthorized use of the "Gevity Associates" and "Gevity Ventures" marks in the manner described above is likely to cause confusion, to

cause mistake, and/or to deceive the public as to some affiliation, connection, or association of Defendants with Gevity, or as to the origin, sponsorship, or approval of their services.

16.   Defendants' unauthorized use of the "Gevity Associates" and "Gevity Ventures" marks in the manner describe above began long after Gevity had developed rights in its GEVITY Marks and long after these marks became famous, and is likely to dilute the distinctiveness of the GEVITY Marks.

It is therefore ORDERED that:

    a.  Defendants are ordered to cease all use of the term "GEVITY" as all or any part of a name or mark within 30 days after the date of this Judgment. Such use specifically includes, but is not limited to, Gevity Associates, Gevity Ventures, Gevity Ventures FD1, L.P., Gevity Ventures Market Insight, and the domain names gevityventures.com and gevityassociates.com;

    b.  Defendants, Defendants' officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them, are permanently enjoined from using the term "GEVITY" as all or any part of a name or mark, and from using any other name or mark which is likely to cause confusion or mistake about the source, sponsorship, or affiliation of Defendants' goods and services in relation to Gevity's goods and services, or to dilute the distinctive quality of the GEVITY Marks;

    c.  Defendants, Defendants' officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them, are permanently enjoined from using, registering, or holding registrations for, or transferring to any party other than Gevity, the domain names "gevityassociates.com" and "gevityventures.com," and any other domain name or mark that incorporates or is confusingly similar to the GEVITY Marks;

    d.  Defendants are ordered to transfer the domain names "gevityassociates.com" and "gevityventures.com" to Gevity;

    e.  Defendants are ordered to change the corporate name of Gevity Ventures, and any other legal entities that consist of or incorporate the term "GEVITY" in their names, to another name that does not incorporate "GEVITY" or any other term confusingly similar to the GEVITY Marks;

    f.  Defendants are ordered to file with this Court and to serve upon Gevity, within 30 days after the date of this Judgment, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the provisions of this Judgment;

g.  Each party shall bear its own costs and attorneys' fees incurred in this action;

h.  This is a Final Judgment, and the parties waive all right to appeal from such Final Judgment;

i.  The Court shall retain jurisdiction over this Final Judgment for the purpose of enforcing this Final Judgment and resolving any disputes arising under it;

j.  Any violation of this Final Judgment will be punishable as a contempt of Court.

SIGNED and ENTERED this 29th day of July , 2008.

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

The undersigned attorneys stipulate that the parties have agreed to the foregoing AGREED FINAL JUDGMENT and request its entry:

_____        _____
CALDWELL LESLIE & PROCTOR, PC                QUINTANA LAW GROUP, APC
LINDA M. BURROW                              ANDRES F. QUINTANA
State Bar No. 194668                         State Bar No. 190525
burrow@caldwell-leslie.com                   andres@qlglaw.com
1000 Wilshire Blvd., Suite 600               21650 Oxnard Street, Suite 700
Los Angeles, California  90017-2463          Woodland Hills, CA  91367
Telephone:  (213) 629-9040                   Telephone:  (818) 914-2104
Facsimile:   (213) 629-9022                  Facsimile:   (818) 914-2101

PIRKEY BARBER LLP                            ATTORNEY FOR DEFENDANTS
SUSAN J. HIGHTOWER                           GEVITY VENTURES, LLC AND
shightower@pirkeybarber.com                  RENE PHARISIEN
600 Congress Avenue, Suite 2120
Austin, Texas  78701
Telephone:  (512) 482-5225
Facsimile:   (512) 322-5201

ATTORNEYS FOR PLAINTIFF
GEVITY HR, INC.